UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Thomas J. Orr
321 High Street
Burlington, NJ 08016
(609)386-8700
Attorney for Trustee

Order Filed on June 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ruiz, Jolanta,

Debtor.

Case No. 17-16878

Hearing Date: 06/20/17 at 10 AM

Judge: Christine M. Gravelle

.

# ORDER DISMISSING CASE AND REVOKING DISCHARGE

The relief set forth on the following page, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: June 21, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Ruiz, Jolanta
Case No. 17-16878 (CMG)
Caption of Order: Dismiss Case and Revoke Discharge


Upon consideration of the Trustee's motion, it is **ORDERED** that the debtor's petition be dismissed and

that a discharge (if granted) is revoked.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-16878-CMG
Jolanta Ruiz                                                                    Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1           Date Rcvd: Jun 21, 2017
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2017.
db              +Jolanta Ruiz,    421 Mechanic Street,    Perth Amboy, NJ 08861-3508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2017 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB D/B/A Christiana Trust Not in its Individual Capacity but Solely as Trustee for Winsted Funding Finance Trust 2016-2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Thomas   Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
      Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com,    Torr@ecf.epiqsystems.com
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                    TOTAL: 4